RECEIVED
SEP - 1 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RINA IRIS QUINTANILLA | CIVIL ACTION NO. 1:16-CV-01747 |
| VERSUS | CHIEF JUDGE DRELL |
| DAVID COLE, WARDEN, *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Respondents' motion to dismiss (Doc. 13) is GRANTED and Quintanilla's habeas petition is DISMISSED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this _____ day of September, 2017.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT